UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00198-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAMIAN ACOSTA-HERNANDEZ,

    Defendant.

**ORDER**

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Tuesday, June 2, 2009,** and responses to these motions shall be filed by **Friday, June 12, 2009.**  It is

FURTHER ORDERED that a hearing on all pending motions, if necessary, will be requested by counsel at a later date.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, July 13, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated:  May 12, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge